UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

PETER WILLIAMS            CIVIL ACTION NO. 15-210
AND ALFREDA WILLIAMS

VERSUS                    SECTION:

INNIS COMMUNITY HEALTH    MAGISTRATE:
CENTER, INC AND THE UNITED STATES
OF AMERICA

## PETITION FOR DAMAGES

TO THE HONORABLE THE UNITED STATES DISTRICT COURT, SITTING IN AND FOR THE MIDDLE DISTRICT, STATE OF LOUISIANA:

The petition of **PETER WILLIAMS AND ALFREDA WILLIAMS**, persons of the full age of majority, residents of and domiciled in the Parish of Pointe Coupee, State of Louisiana, with respect, represent:

1.

The following party is made defendant herein:

A) **INNIS COMMUNITY HEALTH CENTER, INC.**, an incorporated company with its principal business establishment located in Pointe Coupee Parish, whose address is 6450 Louisiana 1, Batchelor, Louisiana 70715.

B) **UNITED STATES OF AMERICA,** through the United States Attorney for the Middle District of Louisiana, Mr. Walt Green, Russel B. Long Federal Courthouse, 777 Florida Street, Suite 208, Baton Rouge, La 70801.

2.

The defendants, Innis Community Health Center, Inc. and United States of America, are indebted unto petitioners, Peter Williams and Alfreda Williams, in an amount that is reasonable, together with legal interest thereon from date of judicial demand until paid and for all costs of these

proceedings, for the following reasons:

3.

On March 25, 2013 at approximately 5:00 a.m. petitioner, Peter Williams, was awakened from sleep by the abrupt onset of pain and swelling of the right testicle with vomiting, lower abdominal pain and cramping, and back pain. When symptoms worsened he went to Innis Community Health Center, Inc. where Dr. Leon Williams examined him at 11:53 a.m. Dr. Williams noted a past medical history of good health. On physical exam the right testicle and epididymis were tender to palpation with right scrotal enlargement. Urinalysis revealed 15 leucocytes/ul and a small amount of ketones. Dr. Williams made a diagnosis of orchitis, epididymitis, and urinary tract infection. He treated Mr. Williams with injections of Toradol for pain and Rocephin for infection. Peter was given a prescription for Cipro, Lortab-5, and Naproxen and was instructed to resume bed rest and return to clinic if the condition worsened or new symptoms arose. Peter had previously discussed the symptoms with his son, who suggested that he might have torsion of the testicle. Peter stated his concern to Dr. Williams. Despite the history, symptoms, exam, and the suggestion of torsion of the testicle, Dr. Williams insisted that Peter simply had a urinary tract infection.

4.

On March 28, 2013 Mrs. Alfreda Williams returned to the Innis Community Health Center, Inc. to report that her husband's pain and scrotal swelling were getting worse, but was not allowed to speak to a physician.

5.

On the morning of April 1, 2013, Peter returned to Innis Community Health Center with complaints of worsening scrotal pain and swelling, and a complaint that the scrotum was now hard. Dr. Leon Williams examined him, finding that the right side of the scrotum was firm, swollen, and

indurated with tenderness to palpitation of the testicle and epididymis. Dr. Williams' assessment was:

- Epididymitis of the right testicle
- The scrotum was edematous
- Pain of the right testis

Again, the diagnosis of torsion of the testicle was not considered. Nevertheless, Dr. Williams suggested that Peter go to the emergency room for a scrotal ultrasound and a urology consult.

6.

Having been given no indication of the urgency of his problem, Peter presented to the emergency room at University Medical Center in Lafayette the following day, April 2, 2013. The ER doctor made a diagnosis of torsion of the right testicle. Ultrasound that evening confirmed no blood flow to the testicle. Peter was admitted to the General Surgery service, and on April 3, 2013 was taken to surgery for removal of his right testicle. He was told that if he had been taken to surgery promptly when the symptoms first arose, the testicle, more likely than not, could have been saved.

7.

Petitioners aver that a cause of the permanent injuries and damages he sustained was a breach in the standard of care by defendants, Innis Community Health Center, Inc. and the United States of America, which acts are particularized in the following non-exclusive particulars:

- A) By failing to properly diagnose and treat torsion of the right testicle, a surgical emergency;
- B) By causing unnecessary harm, including loss of the right testicle;
- C) By failing to meet the standard of care required in the given situation;
- D) In committing any and all other acts which may be proven at the trial of this case.

8.

As a result of the above, petitioner, Peter Williams, sustained serious and permanent injuries, specifically loss of the right testicle.

9.

Petitioner, Peter Williams, itemizes the damages that he is entitled to recover from defendants, Innis Community Health Center, Inc. and the United States of America, in solido:

- A) Past medical bills;
- B) Future medical bills;
- C) Past physical pain and suffering;
- D) Future physical pain and suffering.
- E) Past mental pain and suffering;
- F) Future mental pain and suffering;
- G) Past lost wages;
- H) Emotional distrust of the medical community; and
- I) Loss of enjoyment in quality of life including any and all disability.

10.

Petitioner, Alfreda Williams, is entitled to recover from defendants for the loss of consortium, services and society as a result of the injuries sustained by her husband.

11.

Petitioner, Alfreda Williams, itemizes the damages to which he is legally entitled to recover, from defendants:

- A) Damages for grief, mental anguish, and loss of consortium and companionship which petitioner has sustained and will continue to sustain as a result of the injuries sustained by her husband, Peter Williams; and

12.

On May 15, 2013, petitioners filed a claim for review for malpractice pursuant to *Louisiana*

*Revised Statute 40:1299.41, et seq.*

13.

On or about June 7, 2013, plaintiffs were notified by the Patient's Compensation Fund that Innis Community Health Center, Inc., is considered not qualified and does not have coverage under the provisions of *Louisiana Revised Statues 40:1299.41, et seq.*

14.

On April 17, 2014, plaintiffs filed an administrative tort claim under the *Federal Tort Claim Act ("FTCA"), §§28 U.S.C. 2671-80.*

15.

On March 9, 2015, plaintiff received a letter from the Department of Health & Human Services constituting the notice of final determination, as required by *28 U.S.C. §§ 2401(b), 2675(a),* denying the claim.

**WHEREFORE,** petitioners pray that the defendants be served with a copy of this petition and that after due proceedings, there be judgment in favor of petitioner, **Peter Williams and Alfreda Williams**, and against the defendants, **Innis Community Health Center, Inc. and the United States of America,** in an amount that is reasonable in the premise, plus legal interest from May 15, 2013 and for all costs of these proceedings.

ARDOIN, MCKOWEN & ORY, LLC
505 West Third Street
Thibodaux, Louisiana 70301
(985) 442-3333 *Phone*
(985) 446-3300 *Facsimile*

*/s/ H. Carson McKowen*
H. CARSON MCKOWEN, MD, JD
BAR # 29974

AND

CLE' SIMON
LA Bar #19996
SIMON LAW OFFICES
122 Representative Row
Lafayette, La 70508
(337) 232-2000 *Phone*
(337) 234-9274 *Facsimile*

*PLEASE SERVE:*

**INNIS COMMUNITY HEALTH CENTER, INC.**
Donald A. Ewing
6450 La Hwy 1, Suite B
Innis, Louisiana 70747

**UNITED STATES OF AMERICA**
Through the U.S. Middle District Attorney
Mr. Walt Green
Russell B. Long Federal Courthouse
777 Florida Street, Suite 208
Baton Rouge, La 70801