## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER WILLIAMS, ET AL. | CIVIL ACTION NUMBER |
| VERSUS | 15-210-SDD-SCR |
| INNIS COMMUNITY HEALTH CENTER, INC., ET AL. | |

## RULING

Local rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

The rule provides as follows:

> **LR 7(f)   Response and Memorandum**
> Each respondent opposing a motion shall file a response, including opposing affidavits, memorandum, and such supporting documents as are then available, within twenty-one days after service of the motion. Memoranda shall contain a concise statement of reasons in opposition to the motion, and a citation of authorities upon which the respondent relies. For good cause appearing therefor, a respondent may be required to file a response and supporting documents, including memoranda, within such shorter or longer period of time as the court may order. Reply memoranda and surreply memoranda may only be filed by leave of Court.

In the present case, a *Motion to Dismiss*[1] was electronically filed by the United States of America on June 29, 2015. A review of the record shows that more than twenty-one (21) days have elapsed since the electronic and certified mail service of this Motion, and no memorandum in opposition has been submitted to date.[2]

---

[1] Rec. Doc. 12.
[2] Additionally, the Court received a fax stating there would be no opposition to the Motion but that is not a pleading, so the Court must issue the appropriate *Ruling* herein.

Therefore, this Motion is deemed to be unopposed and further, after reviewing the record, the Court finds that the Motion has merit. Accordingly,

**IT IS HEREBY ORDERED** that the *Motion to Dismiss*[3] is GRANTED and all claims asserted by Plaintiff against Defendant, Innis Community Health Center, Inc., are dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on August 26, 2015.

*Shelly D. Dick*
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] Rec. Doc. 12.