UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PETER WILLIAMS AND
ALFREDA WILLIAMS                                CIVIL ACTION

VERSUS                                          NUMBER 15-210-SDD-SCR

INNIS COMMUNITY HEALTH CENTER,
INC., ET AL.

**RULING MOTION TO COMPEL DISCOVERY**

Before the court is the Motion to Compel Discovery filed by defendant United States of America. Record document number 29. No opposition has been filed.

For the reasons stated by the defendant in its supporting memorandum, under Rule 37(a)(3) and (d)(1)(A), Fed.R.Civ.P., the defendant is entitled to the relief requested. Plaintiff will be required to answer the interrogatories, produce responsive documents, and return the verification signed before a notary (or alternatively provide a declaration under oath), within 14 days. No objections will be allowed.[1]

Accordingly, the defendant's Motion to Compel Discovery is granted. Within 14 days plaintiff Peter Williams shall serve his answers to the defendant's interrogatories, produce all documents responsive to the defendant's request for production of documents,

---

[1] Generally, discovery objections are waived if a party fails to timely object to interrogatories, production requests or other discovery efforts. See, In re U.S., 864 F.2d 1153, 1156 (5th Cir.), reh'g denied, 869 F.2d 1487 (5th Cir. 1989); Godsey v. U.S., 133 F.R.D. 111, 113 (S.D. Miss. 1990.)

and complete, sign and return to counsel for the defendant the verification (or a declaration under oath), all without objections. Failure to comply with ruling may subject the plaintiff to sanctions, including dismissal of the Complaint.

Baton Rouge, Louisiana, December 14, 2015.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE