# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

PETER WILLIAMS AND
ALFREDA WILLIAMS

CIVIL ACTION NO.

VERSUS

15-210-SDD-SCR

INNIS COMMUNITY HEALTH
CENTER, INC., ET AL.

### RULING

This matter is before the Court on the *Motion to Dismiss*[1] filed by the Defendant, United States of America ("the Government"). Plaintiff Peter Williams ("Plaintiff") has filed an *Opposition*[2] to this motion. The Court held Oral Argument on this motion on Tuesday, April 19, 2016. For the oral reasons assigned at this hearing, the Government's *Motion to Dismiss*[3] is DENIED without prejudice. Plaintiff, Peter Williams, is ordered to fully and completely respond to each and every discovery request and *Order* of this Court on or before May 19, 2016, or he will be subject to the sanctions explained by the Court, including dismissal of this action.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana the 20 day of April, 2016.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 34.
[2] Rec. Doc. No. 36. Plaintiff Alfreda Williams was dismissed from this action on September 15, 2015. Rec. Doc. No. 27.
[3] Rec. Doc. No. 34.
31431