# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

PETER WILLIAMS, ET AL.

CIVIL ACTION

VERSUS

15-210-SDD-SCR

INNIS COMMUNITY HEALTH CENTER, INC., ET AL.

## JUDGMENT

For the reasons set forth in the *Ruling*[1] dated July 28, 2016 in the above captioned matter;

*Judgment* is hereby granted in favor of the United States and the United Sates is dismissed from these proceedings with prejudice.

Baton Rouge, Louisiana the 24 day of August, 2016.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 46.